# Abdul Hassan Law Group, PLLC

## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.** Tel: 718-740-1000
Email: abdul@abdulhassan.com Fax: 718-740-2000
***Employment and Labor Lawyer*** Web: www.abdulhassan.com

**October 11, 2017**

**Via ECF**

Hon. Henry B. Pitman, USMJ
United States District Court, SDNY
500 Pearl Street, Courtroom 18A
New York, NY 10007
Tel: 212-805-6105

**Re: Luis Collado v. Apex Supply Co., Inc. et al.**
**Case No. 17-cv-00727 (HBP)**
**Motion to Expedite**

Dear Magistrate-Judge Pitman:

My firm represents plaintiff in the above-referenced action, and I write on his behalf to respectfully request an expedited disposition of the parties' request for approval of the settlement in this action. The parties submitted the settlement agreement to the Court for approval, by ECF on July 19, 2017, after attending a settlement conference on June 23, 2017 which was successfully mediated by Your Honor. (See ECF No. 30).

As counsel, I am caught between the proverbial rock and a hard place. On one hand, I personally do not mind waiting and fully understand that the Court has a heavy caseload with a lot of very important and pressing matters. On the other hand, my client is in difficult financial circumstances, has contacted my office numerous times, and very much needs the monies he is owed under the settlement agreement to take care of his financial obligations – including a new baby due in about a month. Of course, the Court will ultimately decide in its discretion how to handle its docket.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC
~~~~~

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**